UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Lakia Lateefah Washington**　　　　　　　　　　　　　　　　Docket No. 5:23-CR-65-1BO

### Petition for Action on Probation

COMES NOW C. Lee Meeks, Jr., Supervising U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Lakia Lateefah Washington, who, upon an earlier plea of guilty to Health Care Fraud, in violation of 18 U.S.C. § 1347, was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on September 4, 2024, to 60 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** As a special condition of probation, the court ordered that the defendant shall abide by all conditions of the home confinement program for a period not to exceed 12 months and at the direction of the probation office, the defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation office.

The probation office respectfully recommends that the above-mentioned condition of probation be modified to include a 12-month curfew with Radio Frequency monitoring. Additionally, in consideration of the large amount of restitution ordered in this case, it is respectfully recommended that the government pay for electronic monitoring services.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 12 months. The defendant is restricted to her residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

　　　　　　　　　　　　　　　　　　　　　　I declare under penalty of perjury that the foregoing
　　　　　　　　　　　　　　　　　　　　　　is true and correct.

　　　　　　　　　　　　　　　　　　　　　　/s/ C. Lee Meeks, Jr.
　　　　　　　　　　　　　　　　　　　　　　C. Lee Meeks, Jr.
　　　　　　　　　　　　　　　　　　　　　　Supervising U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　200 Williamsburg Parkway, Unit #2
　　　　　　　　　　　　　　　　　　　　　　Jacksonville, North Carolina 28546
　　　　　　　　　　　　　　　　　　　　　　Phone: 910-346-5105
　　　　　　　　　　　　　　　　　　　　　　Executed On: September 10, 2024

Lakia Lateefah Washington
Docket No. 5:23-CR-65-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ____10____ day of ____Sept____, 2024, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
United States District Judge